# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: DSG PARTNERS, INC. | § Case No. 08-73703 |
| | § |
| LAKE, PRO CRYSTAL | § |
| Debtors | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on November 14, 2008. The undersigned trustee was appointed on November 14, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $      26,921.21

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Administrative expenses | 35.05 |
    | Payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Leaving a balance on hand of | $    26,886.16 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

UST Form 101-7-TFR (4/1/2009)

6. The deadline for filing claims in this case was 03/25/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,442.12. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,442.12, for a total compensation of $3,442.12. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/20/2009            By: /s/STEPHEN G. BALSLEY
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (4/1/2009)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 08-73703 | Trustee: | (330410) | STEPHEN G. BALSLEY |
| --- | --- | --- | --- | --- |
| Case Name: | DSG PARTNERS, INC. | Filed (f) or Converted (c): | 11/14/08 (f) | |
| | | §341(a) Meeting Date: | 12/16/08 | |
| Period Ending: 07/20/09 | | Claims Bar Date: | 03/25/09 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking account - Harris Bank | 132,716.74 | 10,915.57 | | 10,915.57 | FA |
| 2 | Letter of Credit - Harris Bank | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Misc. office equipment and furniture | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Machinery and equipment | 12,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Inventory | 16,661.38 | 16,000.00 | | 16,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 5.64 | Unknown |
| 6 | Assets    Totals (Excluding unknown values) | $185,878.12 | $26,915.57 | | $26,921.21 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   June 30, 2008     Current Projected Date Of Final Report (TFR):   July 20, 2009  (Actual)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-73703 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- | --- |
| Case Name: | DSG PARTNERS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****04-65 - Money Market Account |
| Taxpayer ID #: | 90-0115069 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 07/20/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/23/09 | {5} | Brian D. Kempf | Purchase of assets pursuant to Court Order 02/21/2009 | 1129-000 | 16,000.00 | | 16,000.00 |
| 01/26/09 | {1} | Harris | Proceeds from Harris Bank account | 1129-000 | 10,915.57 | | 26,915.57 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 26,915.70 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.02 | | 26,916.72 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 26,917.89 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.09 | | 26,918.98 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.06 | | 26,920.04 |
| 05/29/09 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/29/2009 FOR CASE #08-73703, Bond payment | 2300-000 | | 35.05 | 26,884.99 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 26,886.16 |

|  |  |  |
| --- | ---: | ---: |
| ACCOUNT TOTALS | 26,921.21 | 35.05 | $26,886.16 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 26,921.21 | 35.05 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $26,921.21 | $35.05 | |

{} Asset reference(s)   Printed: 07/20/2009 01:07 PM   V.11.21

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| Case Number: 08-73703 | Trustee: STEPHEN G. BALSLEY (330410) |
| Case Name: DSG PARTNERS, INC. | Bank Name: JPMORGAN CHASE BANK, N.A. |
| | Account: ***-*****04-66 - Checking Account |
| Taxpayer ID #: 90-0115069 | Blanket Bond: $1,500,000.00 (per case limit) |
| Period Ending: 07/20/09 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| {No Transactions on File for this Period} | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****04-65 | 26,921.21 | 35.05 | 26,886.16 |
| Checking # ***-*****04-66 | 0.00 | 0.00 | 0.00 |
| | $26,921.21 | $35.05 | $26,886.16 |

## Claims Proposed Distribution     Exhibit C

### Case: 08-73703   DSG PARTNERS, INC.

| Case Balance: | $26,886.16 | Total Proposed Payment: | $26,886.16 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | RSM McGladrey, Inc. <br> <3410-00  Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 975.00 | 975.00 | 0.00 | 975.00 | 975.00 | 25,911.16 |
|  | Stephen G. BAlsley <br> <2100-00  Trustee Compensation> | Admin Ch. 7 | 3,442.12 | 3,442.12 | 0.00 | 3,442.12 | 3,442.12 | 22,469.04 |
|  | Stephen G. Balsley <br> <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 3,244.00 | 3,244.00 | 0.00 | 3,244.00 | 3,244.00 | 19,225.04 |
| 1 | The CIT Group/Commercial Services Inc. | Unsecured | 1,538.75 | 1,538.75 | 0.00 | 1,538.75 | 95.56 | 19,129.48 |
| 2 | Centro Bradley Crystal Lake LLC | Unsecured | 134,747.42 | 0.00 | 0.00 | 0.00 | 0.00 | 19,129.48 |
| 3 | Centro Bradley Crystal Lake, LLC | Unsecured | 134,747.42 | 134,747.42 | 0.00 | 134,747.42 | 8,367.72 | 10,761.76 |
| 4 | Heavy Putter | Unsecured | 543.00 | 543.00 | 0.00 | 543.00 | 33.72 | 10,728.04 |
| 5 | Club Glove W. Coast Trends | Unsecured | 1,173.17 | 1,173.17 | 0.00 | 1,173.17 | 72.85 | 10,655.19 |
| 6 | SPL | Unsecured | 479.94 | 479.94 | 0.00 | 479.94 | 29.80 | 10,625.39 |
| 7 | Bridgestone Sports | Unsecured | 3,066.24 | 3,066.24 | 0.00 | 3,066.24 | 190.41 | 10,434.98 |
| 8 | Adams Golf | Unsecured | 11,398.52 | 11,398.52 | 0.00 | 11,398.52 | 707.84 | 9,727.14 |
| 9 | Hillerich & Bradsby Co. | Unsecured | 658.01 | 658.01 | 0.00 | 658.01 | 40.86 | 9,686.28 |
| 10 | Hornung's Golf Products Inc | Unsecured | 677.12 | 677.12 | 0.00 | 677.12 | 42.05 | 9,644.23 |
| 11 | Taylor Made Golf Co. | Unsecured | 17,914.61 | 17,914.61 | 0.00 | 17,914.61 | 1,112.49 | 8,531.74 |
| 12 | Tour Edge | Unsecured | 11,607.34 | 11,607.34 | 0.00 | 11,607.34 | 720.81 | 7,810.93 |
| 13 | Bushnell Outdoor Products | Unsecured | 1,439.42 | 1,439.42 | 0.00 | 1,439.42 | 89.39 | 7,721.54 |
| 14 | Foot Joy | Unsecured | 36,930.00 | 36,930.00 | 0.00 | 36,930.00 | 2,293.33 | 5,428.21 |
| 15 | US Glove Co. | Unsecured | 864.87 | 864.87 | 0.00 | 864.87 | 53.71 | 5,374.50 |
| 16 | Mizuno USA, Inc. | Unsecured | 11,399.25 | 11,399.25 | 0.00 | 11,399.25 | 707.89 | 4,666.61 |
| 17 | Callaway Golf | Unsecured | 381.90 | 381.90 | 0.00 | 381.90 | 23.72 | 4,642.89 |
| 18 | Hartford Fire Insurance Co | Unsecured | 1,003.70 | 0.00 | 0.00 | 0.00 | 0.00 | 4,642.89 |
| 19 | Golf Acquisitions dba Pro Golf | Unsecured | 74,601.71 | 74,601.71 | 0.00 | 74,601.71 | 4,632.72 | 10.17 |
| 22 | Hartford Fire Insurance Co | Unsecured | 163.70 | 163.70 | 0.00 | 163.70 | 10.17 | 0.00 |
| 20 | NextMedia-WZSR FM 105.5 | Unsecured | 13,172.00 | 13,172.00 | 0.00 | 13,172.00 | 0.00 | 0.00 |
| 21 | Proactive Sports, Inc. | Unsecured | 231.38 | 231.38 | 0.00 | 231.38 | 0.00 | 0.00 |

07/20/2009 13:15 FTP   BSLBV                                              → scans                        ☑007/010

Case 08-73703    Doc 31    Filed 08/26/09    Entered 08/26/09 15:40:36    Desc Main
                            Document       Page 7 of 10
Printed: 07/20/09 01:07 PM                                                                              Page: 2

## Claims Proposed Distribution

### Case: 08-73703   DSG PARTNERS, INC.

| Case Balance: | $26,886.16 | Total Proposed Payment: | $26,886.16 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 08-73703 : | | $466,400.59 | $330,649.47 | $0.00 | $330,649.47 | $26,886.16 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $7,661.12 | $7,661.12 | $0.00 | $7,661.12 | 100.000000% |
| Total Unsecured Claims : | $458,739.47 | $322,988.35 | $0.00 | $19,225.04 | 5.952239% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-73703
Case Name: DSG PARTNERS, INC.
Trustee Name: STEPHEN G. BALSLEY

Claims of secured creditors will be paid as follows:

*Claimant*                                    *Proposed Payment*
                    N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | Stephen G. BAlsley | $ 3,442.12 | $ |
| *Attorney for trustee* | Stephen G. Balsley | $ 3,244.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | RSM McGladrey, Inc. | $ 975.00 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*         *Fees*         *Expenses*

**UST Form 101-7-TFR (4/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 309,584.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.2 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | The CIT Group/Commercial Services Inc. | $ 1,538.75 | $ 95.56 |
| 3 | Centro Bradley Crystal Lake, LLC | $ 134,747.42 | $ 8,367.72 |
| 4 | Heavy Putter | $ 543.00 | $ 33.72 |
| 5 | Club Glove W. Coast Trends | $ 1,173.17 | $ 72.85 |
| 6 | SPL | $ 479.94 | $ 29.80 |
| 7 | Bridgestone Sports | $ 3,066.24 | $ 190.41 |
| 8 | Adams Golf | $ 11,398.52 | $ 707.84 |
| 9 | Hillerich & Bradsby Co. | $ 658.01 | $ 40.86 |
| 10 | Hornung's Golf Products Inc | $ 677.12 | $ 42.05 |
| 11 | Taylor Made Golf Co. | $ 17,914.61 | $ 1,112.49 |

**UST Form 101-7-TFR (4/1/2009)**

| | | | |
|---|---|---|---|
| 12 | Tour Edge | $ 11,607.34 | $ 720.81 |
| 13 | Bushnell Outdoor Products | $ 1,439.42 | $ 89.39 |
| 14 | Foot Joy | $ 36,930.00 | $ 2,293.33 |
| 15 | US Glove Co. | $ 864.87 | $ 53.71 |
| 16 | Mizuno USA, Inc. | $ 11,399.25 | $ 707.89 |
| 17 | Callaway Golf | $ 381.90 | $ 23.72 |
| 19 | Golf Acquisitions dba Pro Golf | $ 74,601.71 | $ 4,632.72 |
| 22 | Hartford Fire Insurance Co | $ 163.70 | $ 10.17 |

Late filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 20 | NextMedia-WZSR FM 105.5 | $ 13,172.00 | $ 0.00 |
| 21 | Proactive Sports, Inc. | $ 231.38 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-TFR (4/1/2009)**