# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: DSG PARTNERS, INC. | § Case No. 08-73703 |
| | § |
| LAKE, PRO CRYSTAL | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   211 South Court Street
   Room 110
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.   If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/16/2009 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 08/26/2009        By: /s/STEPHEN G. BALSLEY
                                        Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: DSG PARTNERS, INC. | § | Case No. 08-73703 |
| | § | |
| LAKE, PRO CRYSTAL | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 26,922.34 |
| *and approved disbursements of* | $ 35.05 |
| *leaving a balance on hand of* [1] | $ 26,887.29 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | Stephen G. BAlsley | $ 3,442.12 | $ |
| *Attorney for trustee* | Stephen G. Balsley | $ 3,244.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | RSM McGladrey, Inc. | $ 975.00 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 309,584.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | The CIT Group/Commercial Services Inc. | $ 1,538.75 | $ 95.56 |
| 3 | Centro Bradley Crystal Lake, LLC | $ 134,747.42 | $ 8,367.72 |
| 4 | Heavy Putter | $ 543.00 | $ 33.72 |
| 5 | Club Glove W. Coast Trends | $ 1,173.17 | $ 72.85 |
| 6 | SPL | $ 479.94 | $ 29.80 |
| 7 | Bridgestone Sports | $ 3,066.24 | $ 190.41 |
| 8 | Adams Golf | $ 11,398.52 | $ 707.84 |
| 9 | Hillerich & Bradsby Co. | $ 658.01 | $ 40.86 |
| 10 | Hornung's Golf Products Inc | $ 677.12 | $ 42.05 |
| 11 | Taylor Made Golf Co. | $ 17,914.61 | $ 1,112.49 |
| 12 | Tour Edge | $ 11,607.34 | $ 720.81 |
| 13 | Bushnell Outdoor Products | $ 1,439.42 | $ 89.39 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 14 | Foot Joy | $ 36,930.00 | $ 2,293.33 |
| 15 | US Glove Co. | $ 864.87 | $ 53.71 |
| 16 | Mizuno USA, Inc. | $ 11,399.25 | $ 707.89 |
| 17 | Callaway Golf | $ 381.90 | $ 23.72 |
| 19 | Golf Acquisitions dba Pro Golf | $ 74,601.71 | $ 4,632.72 |
| 22 | Hartford Fire Insurance Co | $ 163.70 | $ 10.17 |

Tardily filed claims of general (unsecured) creditors totaling $ 13,403.38 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 20 | NextMedia-WZSR FM 105.5 | $ 13,172.00 | $ 0.00 |
| 21 | Proactive Sports, Inc. | $ 231.38 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

                                         Prepared By:  /s/STEPHEN G. BALSLEY
                                                                              Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores              Page 1 of 2            Date Rcvd: Aug 27, 2009
Case: 08-73703                Form ID: pdf006            Total Noticed: 104


The following entities were noticed by first class mail on Aug 29, 2009.
db           +DSG Partners, Inc.,    6330 Northwest Highway,    Crystal Lake, IL 60014-7935
aty          +Richard T Jones,    138 Cass Street,    Woodstock, IL 60098-3254
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
12865265      ADT Security Services,    Post Office Box 650485,    Dallas, TX 75265-0485
12865269     +AT&T,   Attn: Bankruptcy Department,    Post Office Box 57907,    Murray, UT 84157-0907
12865270     +AT&T,   c/o Alliant Law Goup,    2860 Zanker Rd., #105,    San Jose, CA 95134-2119
12865262     +Acushnet Co.,    c/o Chaet Kaplan Baim Firm,    30 N. LaSalle Street, #1520,
               Chicago, IL 60602-3387
12865263     +Adams Golf,    c/o American Recovery Serv. Inc.,    555 S. Charles Dr., #100,
               Thousand Oaks, CA 91360-3983
12865267      American Express,    Customer Service,    Post Office Box 7863,    Ft. Lauderdale, FL 33329-7863
12865266      American Express,    c/o Nationwide Credit, Inc.,    2015 Vaughn Rd., NW Bld. 400,
               Kennesaw, GA 30144-7801
12865268      Ashworth, Inc.,    Post Office Box 60727,    Los Angeles, CA 90060-0727
12865271      Bag Boy,    Post Office Box 933671,    Atlanta, GA 31193-3671
12865272     +Bob Parson,    20550 S.LaGrange Rd., #310,    Frankfort, IL 60423-1284
12865273     +Bobby Jones Golf Co.,    c/o Caine & Weiner,    Post Office Box 468,    Buffalo, NY 14231-0468
12865274      Bobby Jones Golf Co.,    c/o Certified Audit Co.,    Post Office Box 225,
               Santa Clara, CA 95052-0225
12865275     +Bobby Jones Golf Company,    3326 Arden Rd.,    Hayward, CA 94545-3904
12865276     +Bonjoc,   2110 Artesia Blvd., #480,    Redondo Beach, CA 90278-3073
12865277      Bridgestone Sports,    Post Office Box 2908,    Carol Stream, IL 60132-2908
12865278     +Bugatchi Apparel,    1377 Clint Moore Rd., #200,    Boca Raton, FL 33487-2770
12865279      Bushnell Outdoor Products,    1551 Paysphere Circle,    Chicago, IL 60674-1551
12865286     +CIT Group,    c/o Franks, Gerkin & McKenna,    Post Office Box 5,    Marengo, Illinois 60152-0005
12865280      Callaway Golf,    Post Office Box 9002,    Carlsbad, CA 92018-9002,    Attn: Diana Schelin
12865281      Capital One,    1957 Westmoreland Road,    Post Office Box 26094,    Richmond, VA 23260-6094
12865282     +Centro Bradley Crystal Lake,    c/o Lawrence Karlin, Attorney,    30 N. LaSalle Street,
               Chicago, IL 60602-2590
12992850     +Centro Bradley Crystal Lake LLC,    c/o Lawrence Karlin,Lupel Weinigner LLP,
               30 N LaSalle St Ste 3520,    Chicago, IL 60602-3334
12865283     +Centro Bradley Crystal Lake, LLC,    23676 Network Place,    Chicago, IL 60673-1236
12865284     +Chris Coyne,    1314 E. Las Olas Blvd.,    Ft. Lauderdale, FL 33301-2334
12865285     +Chrysler Financial,    901 Warrenville Rd., #500,    Lisle, IL 60532-4504
12865288      Cleveland Golf,    Post Office Box 7270,    Newport Beach, CA 92658-7270
12865287     +Cleveland Golf,    c/o The Chaet Kaplan Baim Firm,    30 N. LaSalle Street, #1520,
               Chicago, IL 60602-3387
12865289      Club Glove W. Coast Trends,    17811 Jamestown Ln,    Huntington Beach, CA  92647-7136
12865290      Foot Joy,    Post Office Box 88111,    Chicago, IL 60695-1111
12865292      Fore-Front Group,    Post Office Box 640870,    Cincinnati, OH 45264-0780
12865291     +Fore-Front Group,    c/o The Chaet Kaplan Baim Firm,    30 N. LaSalle Street, #1520,
               Chicago, Illinois 60602-3387
12865294     +GMAC Commercial Credit,    c/o Lisa Fried Greenberg, Attorney,    Post Office Box 9320,
               Baldwin, NY 11510-9320
12865293     +Glen Echo Golfwear,    Citi Group,    Post Office box 1036,    Charlotte, NC 28201-1036
12865295     +Golf Acquisitions dba Pro Golf,    c/o Jeffery D. Meek & Assoc.,    38705 W. Seven Mile Rd., #400,
               Livonia, MI 48152-2632
12865296      Golf Gifts & Gallary,    Post Office Box 166,    Powers Lake, WI 53159-0166
12865297      Greg Norman Collection 101,    Acquisition, Inc.,    Post Office Box 601898,
               Charlotte, NC 28260-1898
12865298     +Guerin Rife,    1250 Central Park Dr.,    Sanford, FL 32771-6606
12865299     +Harris Bank,    5545 Northwest Highway,    Crystal Lake, IL 60014-8015
12865300     +Harry Varden Golf,    1220 E. 7th Street,    Winona, MN 55987-4927
13540674      Hartford Fire Insurance Co,    BK Unit - T-1-55,    Hartford Plaza,    Hartford, CT 06115
12865301     +Heavy Putter,    679 Danbury Rd.,    Ridgefield, CT 06877-2715
13035186     +Hillerich & Bradsby Co,    Attn: Richard Springmier,    800 W Main St,    Louisville, KY 40202-2637
12865302     +Hillerich & Bradsby Co.,    1139 Solutions Ctr.,    Chicago, IL 60677-1001
12865303     +Historic Golf Photos,    20 Hill Aven.,    Ft. Walton Beach, FL 32548-3858
12865305     +Hornung's Golf Products, Inc.,    Post Office Box 1078,    Fond Du Lac, WI 54936-1078
12865304      Hornung's Golf Products, Inc.,    c/o Receivables Control Corp.,    Post Office Box 9658,
               Minneapolis, MN 55440-9658
12865306     +I-On Optics,    W150N10159 Summer Hill Ct.,    Germantown, WI 53022-6114
12865307     +I-On Topics,    c/o Federated Adjustment Co.,    Post Office Box 170680,    Milwaukee, WI 53217-8056
12865308      Intervest Commercial Mtg. Fund,    20550 S. LaGrange Rd,, #300,    Frankfort, IL 60423-1291
12865309     +Intervest Global Equity,    20550 S. LaGrange, #200,    Frankford, IL 60423-1216
12865311      J & M Golf,    c/o Coface Collections North Amer.,    Post Office Box 8510,
               Metairie, LA 70011-8510
12865310     +J & M Golf,    319 Industrial Dr.,    Griffith, IN 46319-3853
12865312     +James A. Dickerson,    7312 Scots Lane,    Crystal Lake, IL 60014-6745
12865313     +Joyce Dickerson,    200 Lake Street,    Elgin, IL 60120-6410
12865314     +McHenry Area Chamber of Commerce,    1257 N. Green Street,    McHenry, IL 60050-4381
12865315     +Mizuno USA,,    Cindy Bobbitt,    4925 Avalon Ridge Pkwy,    Norcross, GA 30071-1571
12865316      Mizuno USA, Inc.,    Post Office Box Drawer 101831,    Atlanta, GA 30392-1831
12865317      Next Media Operating , Inc.,    Dept. 809236,    Chicago, IL 60680-9236
12865318     +NextMedia,    c/o Barry Serota & Assoc.,    Post Office Box 1008,    Arlington Hts, IL 60006-1008
13760655     +NextMedia-WZSR FM 105.5,    American Financial Mgmt Inc,    3715 Ventura Dr,
               Arlington Heights, IL 60004-7696
12865319     +Nickent Golf,    19888 Quiroz Ct.,    City of Industry, CA 91789-2828
12865320     +Nickent Golf Co.,    c/o NCO Financial Systems,    507 Prudential Rd.,    Horsham, PA 19044-2308
12865323     +Nike USA, Inc.,    Post Office Box 847648,    Dallas, TX 75284-7648
12865322     +Nike USA, Inc.,    c/o Receivable Mgt. Corp.,    Post Office Box 2471,    Woburn, MA 01888-0871
```

```
District/off: 0752-3           User: jshores                Page 2 of 2                    Date Rcvd: Aug 27, 2009
Case: 08-73703                 Form ID: pdf006              Total Noticed: 104

12865321     +Nike USA, Inc.,    c/o Chaet Kaplan Baim Firm,    30 N. LaSalle Street, #1520,
              Chicago, IL 60602-3387
12865324      Northwest News Group,    Post Office Box 250,    Crystal Lake, IL 60039-0250
12865326     +On Track Sports,    c/o VeriCore,    10115 Kincey Ave., #100,    Huntersville, NC 28078-6482
12865325     +On Track Sports,    14125 W. 95th Street,    Lenexa, KS 66215-5207
12865327     +Oxford Golf,    3 Park Avenue, 24th Fl.,    New York, NY 10016-5902
12865328      Ping Golf  A Karstein Mfg.,    Post Office Box 524450,    Phoenix, AZ 85071-2000
12865330     +Ping, Inc.,    c/o Receivable Mgmt. Corp.,    Post Office Box 2471,    Woburn, MA 01888-0871
12865329     +Ping, Inc.,    c/o Chaet Kaplan Baim Firm,    30 N. LaSalle Street, #1520,    Chicago, IL 60602-3387
12865331     +Pocketec, Inc.,    50 NE Dixie Hwy, #E7,    Stuart, FL 34994-1874
12865332     +Pro Golf of America,    37735 Enterprise Court, #600,    Farmington Hills, MI 48331-3426
12865333     +Pro Line Sports,    107 Commerce Way,    Sanford, FL 32771-3092
12865334      Proactive Sports, Inc.,    1200 SE 2BD Ave.,    Canby, OR 97013
12865335     +Robert Parson,    20550 S. LaGrange Rd., #310,    Frankfort, IL 60423-1284
12865336     +Roland L'Heureux,    1881 Palm City Rd.,    Unit H302,    Stuart, FL 34994-7412
12865337     +SPL,    820 16th Street, #525,    Denver, CO 80202-3224
12865338     +Srixon Sports, USA,    3505 Newpoint Place, #4756,    Lawrenceville, GA 30043-1701
12865339      Steven & Laurie Servant,    8316 Beaver Pond Ct.,    Crystal Lake, IL 60014
12865340     +Steven Servant,    9316 Beaver Pond Ct.,    Crystal Lake, IL 60014-6704
12865341     +Sun Mountain,    Post Office Box 7727,    Missoula, MT 59807-7727
12865342     +Supreme International,    c/o Euler Hermes,    600 S. 7th Street,    Louisville, KY 40203-1968
12865343      Supreme International,    Post Office Box 277017,    Atlanta, GA 30384-7017
12865344     +Swing Sock, INc.,    12143 Punkin Hollow Rd.,    Bentonville, AR 72712-9054
12865350      TMax Gear,    Wells Fargo Century, Inc.,    Post Office Box 360286,    Pittsburgh, PA 15250-6286
12865345     +Taylor Made Golf Co.,    c/o The Chaet Kaplan Baim Firm,    30 N. LaSalle Street, #1520,
              Chicago, IL 60602-3387
12865346     +Taylor Made Golf Co.,    5545 Fermi Ct,    Carlsbad, Ca 92008-7324
12900977     +The CIT Group/Commercial Services Inc.,    11 West 42nd Street,    New York, NY 10036-8002
12865347      The Hartford,    Post Office Box 2907,    Hartford, CT 06104-2907
12865348     +Tigershark Golf,    26020 Mound Rd.,    Warren, MI 48091-1292
12865349      Titleist,    Post Office Box 88112,    Chicago, IL 60695-1112
12865351     +Tom Matthews,    20740 Abbott Court,    Frankfort, IL 60423-3107
12865352     +Tour Edge,    1301 Pierson Drive,    Baravia, IL 60510-1505
12865353     +US Glove Co.,    503 N. Perry Str, Box 893,    Johnstown, NY 12095-1013
12865354     +US Kids,    Post Office box 150334,    Atlanta, GA 30315-0185
12865355     +Volvik Golf Balls,    Post Office Box 830,    Summerfield, FL 34492-0830
12865356     +William Knatas,    322 Gatesby Street,    Riverside, IL 60546-1616
12865357     +Windcrest Promotions,    4425 Sutton Place SW,    Grandville, MI 49418-2602
The following entities were noticed by electronic transmission on Aug 28, 2009.
12865264     +E-mail/Text: gallardo@adamsgolf.com                            Adams Golf,   Post Office Box 951897,
              Dallas, TX 75395-0001
12865319     +E-mail/Text: mhernandez@nickentgolf.com                            Nickent Golf,   19888 Quiroz Ct.,
              City of Industry, CA 91789-2828
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
              Rockford, IL 61108-2579
13041220*    +Hornung's Golf Products Inc,    PO Box 1078,    Fond Du Lac, WI 54936-1078
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2009**                    **Signature:**    _Joseph Speetjens_