UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| IN RE: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| DSG PARTNERS, INC., | ) | CASE NO. 08-73703 |
| | ) | |
| Debtor. | ) | |

### TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED PROPERTY

STEPHEN G. BALSLEY, Trustee, pursuant to 11 U.S.A. § 347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property to the Clerk of the Bankruptcy Court:

| CHECK NO. | CLAIMANT | DISTRIBUTION AMOUNT |
|---|---|---|
| 105 | Centro Bradley Crystal Lake, LLC | $8,368.95 |
| TOTAL: | | $8,368.95 |

/s/Stephen G. Balsley
STEPHEN G. BALSLEY

Stephen G. Balsley
**BARRICK, SWITZER, LONG,
BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL  61108
Telephone:  815/962-6611
FAX:  815/962-0687

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 13th Floor, New York, NY 10004

VOID AFTER 90 DAYS             122
                               1-2/210
TID #330410                        2
STEPHEN G. BALSLEY              2916
6833 STALTER DRIVE
ROCKFORD IL 61108

| Case | Debtor |
|---|---|
| 08-73703 MB | DSG PARTNERS, INC. |
| 312207920466 | |

Unclaimed funds after 90 days

Claim #3  Centro Bradley Crystal Lake

Date    12/23/2009          $  *******8,368.95

~~~Eight Thousand Three Hundred Sixty-Eight Dollars and 95/100

Pay to the
Order of  Clerk of the United States Bankruptcy Court
          211 South Court Street, Room 110
          Rockford IL 61101

                                              STEPHEN G. BALSLEY

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑆000000122⑆  ⑈021000021⑈ 312207920466⑈