UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: DSG PARTNERS, INC. | § | Case No. 08-73703 |
| | § | |
| LAKE, PRO CRYSTAL | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $185,878.12            Assets Exempt: $0.00

Total Distribution to Claimants: $19,227.84    Claims Discharged
                                                Without Payment: $1,302,055.51

Total Expenses of Administration: $7,696.17

---

3) Total gross receipts of $ 26,924.01 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $26,924.01 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $160,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,696.17 | 7,696.17 | 7,696.17 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 1,203,138.44 | 467,108.42 | 331,357.30 | 19,227.84 |
| **TOTAL DISBURSEMENTS** | $1,363,138.44 | $474,804.59 | $339,053.47 | $26,924.01 |

4) This case was originally filed under Chapter 7 on November 14, 2008.
. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/07/2010        By: /s/STEPHEN G. BALSLEY
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Checking account - Harris Bank | 1129-000 | 10,915.57 |
| Inventory | 1129-000 | 16,000.00 |
| Interest Income | 1270-000 | 8.44 |
| **TOTAL GROSS RECEIPTS** | | **$26,924.01** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Harris Bank | 4110-000 | 160,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$160,000.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Stephen G. Balsley | 2100-000 | N/A | 3,442.12 | 3,442.12 | 3,442.12 |
| Stephen G. Balsley | 3110-000 | N/A | 3,244.00 | 3,244.00 | 3,244.00 |
| RSM McGladrey, Inc. | 3410-000 | N/A | 975.00 | 975.00 | 975.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 35.05 | 35.05 | 35.05 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 7,696.17 | 7,696.17 | 7,696.17 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The CIT Group/Commercial Services Inc. | 7100-000 | 2,758.18 | 1,538.75 | 1,538.75 | 95.58 |
| Centro Bradley Crystal Lake | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| LLC | 7100-000 | N/A | 134,747.42 | 0.00 | 0.00 |
| Centro Bradley Crystal Lake, LLC | 7100-000 | 76,633.02 | 134,747.42 | 134,747.42 | 0.00 |
| Heavy Putter | 7100-000 | 543.00 | 543.00 | 543.00 | 33.72 |
| Club Glove W. Coast Trends | 7100-000 | 1,173.17 | 1,173.17 | 1,173.17 | 72.86 |
| SPL | 7100-000 | 479.94 | 479.94 | 479.94 | 29.81 |
| Bridgestone Sports | 7100-000 | 3,336.24 | 3,066.24 | 3,066.24 | 190.44 |
| Adams Golf | 7100-000 | 11,358.51 | 11,398.52 | 11,398.52 | 707.94 |
| Hillerich & Bradsby Co. | 7100-000 | 658.01 | 658.01 | 658.01 | 40.87 |
| Hornung's Golf Products Inc | 7100-000 | 664.09 | 677.12 | 677.12 | 42.05 |
| Taylor Made Golf Co. | 7100-000 | 17,611.68 | 17,914.61 | 17,914.61 | 1,112.65 |
| Tour Edge | 7100-000 | 11,454.70 | 11,607.34 | 11,607.34 | 720.91 |
| Bushnell Outdoor Products | 7100-000 | 1,439.42 | 1,439.42 | 1,439.42 | 89.40 |
| Foot Joy | 7100-000 | 25,983.35 | 36,930.00 | 36,930.00 | 2,293.66 |
| US Glove Co. | 7100-000 | 864.87 | 864.87 | 864.87 | 53.72 |
| Mizuno USA, Inc. | 7100-000 | 10,408.23 | 11,399.25 | 11,399.25 | 707.99 |
| Callaway Golf | 7100-000 | 2,554.59 | 381.90 | 381.90 | 23.72 |
| Hartford Fire Insurance Co | 7100-000 | N/A | 1,003.70 | 0.00 | 0.00 |
| Golf Acquisitions dba Pro Golf | 7100-000 | 27,014.69 | 74,601.71 | 74,601.71 | 4,633.40 |
| NextMedia-WZSR FM 105.5 | 7200-000 | 16,368.72 | 13,172.00 | 13,172.00 | 0.00 |
| Proactive Sports, Inc. | 7200-000 | 248.73 | 231.38 | 231.38 | 0.00 |
| Hartford Fire Insurance Co | 7100-000 | 1,659.25 | 163.70 | 163.70 | 10.17 |
| Intervest Global Equity | 7100-000 | 31,780.79 | N/A | N/A | 0.00 |
| J & M Golf | 7100-000 | 2,210.31 | N/A | N/A | 0.00 |
| Nickent Golf | 7100-000 | 4,570.90 | N/A | N/A | 0.00 |
| McHenry Area Chamber of Commerce | 7100-000 | 260.00 | N/A | N/A | 0.00 |
| Nike USA, Inc. | 7100-000 | 14,381.01 | N/A | N/A | 0.00 |
| Intervest Commercial Mtg. Fund | 7100-000 | 4,647.58 | N/A | N/A | 0.00 |
| Historic Golf Photos | 7100-000 | 128.94 | N/A | N/A | 0.00 |
| GMAC Commercial Credit c/o Lisa Fried Greenberg, Attorney | 7100-000 | 1,017.12 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| Creditor | Code | Amount | | | |
|---|---|---:|---|---|---:|
| Glen Echo Golfwear Citi Group | 7100-000 | 2,052.34 | N/A | N/A | 0.00 |
| Golf Gifts & Gallary | 7100-000 | 1,834.62 | N/A | N/A | 0.00 |
| Guerin Rife | 7100-000 | 51.00 | N/A | N/A | 0.00 |
| Greg Norman Collection 101 Acquisition, Inc. | 7100-000 | 1,233.35 | N/A | N/A | 0.00 |
| Northwest News Group | 7100-000 | 1,329.75 | N/A | N/A | 0.00 |
| Harry Varden Golf | 7100-000 | 176.97 | N/A | N/A | 0.00 |
| I-On Optics | 7100-000 | 344.00 | N/A | N/A | 0.00 |
| Oxford Golf | 7100-000 | 846.11 | N/A | N/A | 0.00 |
| On Track Sports | 7100-000 | 573.00 | N/A | N/A | 0.00 |
| TMax Gear Wells Fargo Century, Inc. | 7100-000 | 6,080.89 | N/A | N/A | 0.00 |
| Tigershark Golf | 7100-000 | 1,275.24 | N/A | N/A | 0.00 |
| Tom Matthews | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| Volvik Golf Balls | 7100-000 | 334.54 | N/A | N/A | 0.00 |
| US Kids | 7100-000 | 3,877.19 | N/A | N/A | 0.00 |
| Windcrest Promotions | 7100-000 | 260.00 | N/A | N/A | 0.00 |
| William Knatas | 7100-000 | 100,000.00 | N/A | N/A | 0.00 |
| Swing Sock, INc. | 7100-000 | 193.45 | N/A | N/A | 0.00 |
| Sun Mountain | 7100-000 | 79.48 | N/A | N/A | 0.00 |
| Supreme International | 7100-000 | 716.84 | N/A | N/A | 0.00 |
| Ping, Inc. c/o Chaet Kaplan Baim Firm | 7100-000 | 14,886.63 | N/A | N/A | 0.00 |
| Ping Golf  A Karstein Mfg. | 7100-000 | 29,014.00 | N/A | N/A | 0.00 |
| Pocketec, Inc. | 7100-000 | 237.10 | N/A | N/A | 0.00 |
| Robert Parson | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| Pro Line Sports | 7100-000 | 490.95 | N/A | N/A | 0.00 |
| Steven Servant | 7100-000 | 370,000.00 | N/A | N/A | 0.00 |
| Srixon Sports, USA | 7100-000 | 1,516.15 | N/A | N/A | 0.00 |
| Fore-Front Group | 7100-000 | 1,910.49 | N/A | N/A | 0.00 |
| Chris Coyne | 7100-000 | 100,000.00 | N/A | N/A | 0.00 |
| Bobby Jones Golf Company | 7100-000 | 2,031.97 | N/A | N/A | 0.00 |
| Bob Parson | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| Bonjoc | 7100-000 | 182.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Capital One | 7100-000 | 14,214.00 | N/A | N/A | 0.00 |
| Bugatchi Apparel | 7100-000 | 654.69 | N/A | N/A | 0.00 |
| Cleveland Golf | 7100-000 | 13,919.85 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 34,889.36 | N/A | N/A | 0.00 |
| Bag Boy | 7100-000 | 4,439.57 | N/A | N/A | 0.00 |
| AT&T | 7100-000 | 343.07 | N/A | N/A | 0.00 |
| Acushnet Co. c/o Chaet Kaplan Baim Firm | 7100-000 | 39,483.41 | N/A | N/A | 0.00 |
| ADT Security Services | 7100-000 | 141.00 | N/A | N/A | 0.00 |
| Foot Joy | 7100-000 | 10,946.65 | N/A | N/A | 0.00 |
| Ashworth, Inc. | 7100-000 | 4,641.96 | N/A | N/A | 0.00 |
| American Express Customer Service | 7100-000 | 15,727.78 | N/A | N/A | 0.00 |
| Clerk of the United States Bankruptcy Court | 7100-000 | N/A | 8,368.95 | 8,368.95 | 8,368.95 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 1,203,138.44 | 467,108.42 | 331,357.30 | 19,227.84 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-73703
**Case Name:** DSG PARTNERS, INC.

**Period Ending:** 10/07/10

**Trustee:** (330410) STEPHEN G. BALSLEY
**Filed (f) or Converted (c):** 11/14/08 (f)
**§341(a) Meeting Date:** 12/16/08
**Claims Bar Date:** 03/25/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account - Harris Bank | 132,716.74 | 10,915.57 | DA | 10,915.57 | FA |
| 2 | Letter of Credit - Harris Bank | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Misc. office equipment and furniture | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Machinery and equipment | 12,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Inventory | 16,661.38 | 16,000.00 | DA | 16,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 8.44 | FA |
| 6 | **Assets** Totals (Excluding unknown values) | **$185,878.12** | **$26,915.57** | | **$26,924.01** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 30, 2008     **Current Projected Date Of Final Report (TFR):** July 20, 2009 (Actual)

Printed: 10/07/2010 01:25 PM   V.12.52

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-73703 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | DSG PARTNERS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*04-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*5069 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/07/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/23/09 | {5} | Brian D. Kempf | Purchase of assets pursuant to Court Order 02/21/2009 | 1129-000 | 16,000.00 | | 16,000.00 |
| 01/26/09 | {1} | Harris | Proceeds from Harris Bank account | 1129-000 | 10,915.57 | | 26,915.57 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 26,915.70 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.02 | | 26,916.72 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 26,917.89 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.09 | | 26,918.98 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.06 | | 26,920.04 |
| 05/29/09 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/29/2009 FOR CASE #08-73703, Bond payment | 2300-000 | | 35.05 | 26,884.99 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 26,886.16 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.13 | | 26,887.29 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.13 | | 26,888.42 |
| 09/16/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.54 | | 26,888.96 |
| 09/16/09 | | To Account #\*\*\*\*\*\*\*\*0466 | Transfer funds from MMA to checking account | 9999-000 | | 26,888.96 | 0.00 |
| | | | ACCOUNT TOTALS | | 26,924.01 | 26,924.01 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 26,888.96 | |
| | | | Subtotal | | 26,924.01 | 35.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $26,924.01 | $35.05 | |

{} Asset reference(s)

Printed: 10/07/2010 01:25 PM V.12.52

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-73703 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | DSG PARTNERS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*04-66 - Checking Account |
| Taxpayer ID #: | \*\*-\*\*\*5069 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/07/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/16/09 | | From Account #\*\*\*\*\*\*\*\*0465 | Transfer funds from MMA to checking account | 9999-000 | 26,888.96 | | 26,888.96 |
| 09/16/09 | 101 | Stephen G. Balsley | Dividend paid 100.00% on $3,244.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,244.00 | 23,644.96 |
| 09/16/09 | 102 | RSM McGladrey, Inc. | Dividend paid 100.00% on $975.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 975.00 | 22,669.96 |
| 09/16/09 | 103 | Stephen G. Balsley | Dividend paid 100.00% on $3,442.12, Trustee Compensation; Reference: | 2100-000 | | 3,442.12 | 19,227.84 |
| 09/16/09 | 104 | The CIT Group/Commercial Services Inc. | Dividend paid 6.21% on $1,538.75; Claim# 1; Filed: $1,538.75; Reference: 4968600 | 7100-000 | | 95.58 | 19,132.26 |
| 09/16/09 | 105 | Centro Bradley Crystal Lake, LLC | Dividend paid 6.21% on $134,747.42; Claim# 3; Filed: $134,747.42; Reference: 6008 Voided on 12/23/09 | 7100-000 | | 8,368.95 | 10,763.31 |
| 09/16/09 | 106 | Heavy Putter | Dividend paid 6.21% on $543.00; Claim# 4; Filed: $543.00; Reference: 2122 | 7100-000 | | 33.72 | 10,729.59 |
| 09/16/09 | 107 | Club Glove W. Coast Trends | Dividend paid 6.21% on $1,173.17; Claim# 5; Filed: $1,173.17; Reference: 0390 | 7100-000 | | 72.86 | 10,656.73 |
| 09/16/09 | 108 | SPL | Dividend paid 6.21% on $479.94; Claim# 6; Filed: $479.94; Reference: 34576 | 7100-000 | | 29.81 | 10,626.92 |
| 09/16/09 | 109 | Bridgestone Sports | Dividend paid 6.21% on $3,066.24; Claim# 7; Filed: $3,066.24; Reference: 0694 | 7100-000 | | 190.44 | 10,436.48 |
| 09/16/09 | 110 | Adams Golf | Dividend paid 6.21% on $11,398.52; Claim# 8; Filed: $11,398.52; Reference: 1032509 | 7100-000 | | 707.94 | 9,728.54 |
| 09/16/09 | 111 | Hillerich & Bradsby Co. | Dividend paid 6.21% on $658.01; Claim# 9; Filed: $658.01; Reference: 61412 | 7100-000 | | 40.87 | 9,687.67 |
| 09/16/09 | 112 | Hornung's Golf Products Inc | Dividend paid 6.21% on $677.12; Claim# 10; Filed: $677.12; Reference: 9658 | 7100-000 | | 42.05 | 9,645.62 |
| 09/16/09 | 113 | Taylor Made Golf Co. | Dividend paid 6.21% on $17,914.61; Claim# 11; Filed: $17,914.61; Reference: 5119 | 7100-000 | | 1,112.65 | 8,532.97 |
| 09/16/09 | 114 | Tour Edge | Dividend paid 6.21% on $11,607.34; Claim# 12; Filed: $11,607.34; Reference: 4828 | 7100-000 | | 720.91 | 7,812.06 |
| 09/16/09 | 115 | Bushnell Outdoor Products | Dividend paid 6.21% on $1,439.42; Claim# 13; Filed: $1,439.42; Reference: 0734 | 7100-000 | | 89.40 | 7,722.66 |
| 09/16/09 | 116 | Foot Joy | Dividend paid 6.21% on $36,930.00; Claim# 14; Filed: $36,930.00; Reference: 16470 | 7100-000 | | 2,293.66 | 5,429.00 |
| 09/16/09 | 117 | US Glove Co. | Dividend paid 6.21% on $864.87; Claim# 15; Filed: $864.87; Reference: 0145 | 7100-000 | | 53.72 | 5,375.28 |
| 09/16/09 | 118 | Mizuno USA, Inc. | Dividend paid 6.21% on $11,399.25; Claim# 16; Filed: $11,399.25; Reference: 98419 PRO GOLF | 7100-000 | | 707.99 | 4,667.29 |
| | | | Subtotals : | | $26,888.96 | $22,221.67 | |

{} Asset reference(s)

Printed: 10/07/2010 01:25 PM    V.12.52

Exhibit 9

## Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-73703 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | DSG PARTNERS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****04-66 - Checking Account |
| Taxpayer ID #: | **-***5069 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 10/07/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/16/09 | 119 | Callaway Golf | Dividend paid  6.21% on $381.90; Claim# 17; Filed: $381.90; Reference: 48983 | 7100-000 | | 23.72 | 4,643.57 |
| 09/16/09 | 120 | Golf Acquisitions dba Pro Golf | Dividend paid  6.21% on $74,601.71; Claim# 19; Filed: $74,601.71; Reference: | 7100-000 | | 4,633.40 | 10.17 |
| 09/16/09 | 121 | Hartford Fire Insurance Co | Dividend paid  6.21% on $163.70; Claim# 22; Filed: $163.70; Reference: | 7100-000 | | 10.17 | 0.00 |
| 12/23/09 | 105 | Centro Bradley Crystal Lake, LLC | Dividend paid  6.21% on $134,747.42; Claim# 3; Filed: $134,747.42; Reference: 6008 Voided: check issued on 09/16/09 | 7100-000 | | -8,368.95 | 8,368.95 |
| 12/23/09 | 122 | Clerk of the United States Bankruptcy Court | Unclaimed funds after 90 days | 7100-000 | | 8,368.95 | 0.00 |
| | | | ACCOUNT TOTALS | | 26,888.96 | 26,888.96 | $0.00 |
| | | | Less: Bank Transfers | | 26,888.96 | 0.00 | |
| | | | Subtotal | | 0.00 | 26,888.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $26,888.96 | |

Asset reference(s)                                                                                                       Printed: 10/07/2010 01:25 PM    V.12.52

Document      Page 12 of 12

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 08-73703 | Trustee: | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- |
| Case Name: | DSG PARTNERS, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******04-66 - Checking Account |
| Taxpayer ID #: | **-***5069 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/07/10 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****04-65 | 26,924.01 | 35.05 | 0.00 |
| Checking # ***-*****04-66 | 0.00 | 26,888.96 | 0.00 |
| Checking # 9200-******04-66 | 0.00 | 0.00 | 0.00 |
| | $26,924.01 | $26,924.01 | $0.00 |

{} Asset reference(s)                                        Printed: 10/07/2010 01:25 PM    V.12.52